UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON MANN, ET AL.**, <br> Plaintiffs, <br> v. <br> **PUNCHKICK INTERACTIVE, INC.**, <br> Defendant. | Case No. 15-cv-05981-YGR <br><br> **ORDER VACATING MARCH 29, 2016 HEARING AND GRANTING PLAINTIFFS' REQUEST TO FILE SURREPLY IN REBUTTAL** <br><br> Re: Dkt. Nos. 17, 25 |

On March 16, 2016, Plaintiffs Aaron Mann ("Mann") and AudienceArc, Inc. ("AudienceArc") filed their objections to Defendant Punchkick Interactive, Inc. ("Defendant")'s new evidence submitted with Defendant's reply brief on its motion to transfer venue ("the reply evidence"). The Court finds that, while some of the evidence that is the subject of the objections was properly submitted in response to arguments made in opposition, at least some of the reply evidence should have been offered as part of the motion. The Court declines to strike or disregard the reply evidence, but instead permits Plaintiffs to file a three-page surreply, and no more than two brief declarations, limited to rebuttal of the reply evidence. The surreply and supporting declarations shall be filed no later than March 31, 2016.

The hearing on Defendant's motion to transfer venue (Dkt. No. 17), currently set for March 29, 2016, is **VACATED**. If the Court determines oral argument is necessary, the hearing will be reset by further notice.

**IT IS SO ORDERED.**

Dated: March 24, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**